**Daniel M. JACKSON, Appellant,**

v.

**SHOP 'N SAVE WAREHOUSE FOODS, INC., and Division of Employment Security, Respondents.**

**No. 71399.**

Missouri Court of Appeals, Eastern District, Division One.

June 24, 1997.

Party Acting pro se.

Robert W. Stewart, McMahon, Berger, Hanna, Linihan, Cody & McCarthy, St. Louis, for Shop 'N Save.

Alan J. Downs, St. Louis, Cynthia Quetsch, Labor and Industrial Commission, Jefferson City, for Division of Employment Security.

Before DOWD, P.J., and REINHARD, and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Daniel M. Jackson, appeals from the award of the Labor and Industrial Relations Commission wherein the Commission determined appellant was disqualified from receiving unemployment benefits for five weeks due to misconduct connected with his work. We affirm.

We have reviewed the briefs of the parties and the legal file and find the award

was supported by sufficient and competent evidence, was not against the overwhelming weight of the evidence, and did not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).